## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------------------x
AMERICAN MODERN HOME INSURANCE COMPANY

    Plaintiff,

        v.

89 PROSPECT STREET LLC, JOHN T. FORREST,
FRANCIS M. COSGROVE, ROBERTO ARCHAGA,
and GRICELDA ISAULA,

    Defendants.
------------------------------------------------------------------------------x

## **NOTICE OF VOLUNTARY DISMISSAL**

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, American Modern Home Insurance Company, a nongovernmental party in the above listed civil action gives notice of its voluntary dismissal of its claims against defendants 89 Prospect Street, LLC, John T. Forrest, Francis M. Cosgrove, Roberto Archaga and Gricelda Isaula.

    Plaintiff has not served the Complaint upon the defendants. No defendant has responded to the Complaint.

    The parties reached a compromised of their respective claims.

Dated: Wilton, Connecticut
December 16, 2016

                        TRAUB LIEBERMAN STRAUS
                         & SHREWSBERRY LLP
                        *Attorneys for Plaintiff American Modern Home Insurance Company*

                    _____/s/ *Mony B.P. Yin* ct19355_____
By:   Mony B.P. Yin (ct19355)
       15 River Road, Suite 15B
       Wilton, CT 06897
       Tel - (203) 445-1300
       Fax - (203) 445-1301
       myin@traublieberman.com

## CERTIFICATE OF SERVICES

The undersigned hereby certifies that on this 16th day of December, 2016, a copy of this **Notice of Voluntary Dismissal** was filed with the Clerk of the Court using the ECF system. Also, undersigned mailed by regular U.S. mail and/or electronic mail to all parties as follows:

*For Roberto Archaga and*
*Gricelda Isaula*

Jonathan Perkins, Esq.
Perkins & Associates
30 Lucy Street
Woodbridge, CT 06525

*For Defendants 89 Prospect Street LLC*
*c/o Francis Cosgrove and*
*John Forrest*
85 College Drive
East Hartford, CT 06108

255 Main Street, 1st Floor
Hartford, CT 06106

4 Worthington Dr.
Bloomfield, CT 06002

205 Jefferson St.
Hartford, CT 06106

                                         _____/s/ *Mony B.P. Yin* ct19355_____